**No. 11-9. Cirilo Ramirez-Herrera, Petitioner v. Oregon.**

565 U.S. 878, 132 S. Ct. 242, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 5362.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 235 Or. App. 380, 231 P.3d 1191.